**Order filed, June 30, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00381-CV

_____

## LEON KAPLAN, Appellant

## V.

## THE CITY OF SUGAR LAND, Appellee

___

**On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 12-DCV-200051**

___

## ORDER

The reporter's record in this case was due June 17, 2015. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the official court reporter to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM